UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 19-10098-CIV-MARTINEZ-OTAZO-REYES

KEVIN RODRIGUEZ,

    Plaintiff,

vs.

ISLAND HOME BUILDERS INC., *et al.*,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's motion for bill of costs and motion for attorneys' fees. [ECF Nos. 41, 42]. Judge Otazo-Reyes recommends that the motion be granted in part: that Plaintiff be awarded $14,700 in attorneys' fees and $1,120 in costs, for a total award of $15,820. [ECF No. 58]. This Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is:

**ORDERED and ADJUDGED** that

1. The Report and Recommendation [ECF No. 58] is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's motion for bill of costs and motion for attorneys' fees [ECF Nos. 41, 42] are **GRANTED IN PART AND DENIED IN PART**. Plaintiff shall be awarded $14,700 in attorneys' fees and $1,120 in costs, for a total award of $15,820.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of September, 2020.

                                                                    JOSE E. MARTINEZ
                                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record